

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00301-CV

---

NANCY WEDGEWORTH, APPELLANT

V.

CITY OF AMARILLO, ET AL., APPELLEES

---

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 104164-A, Honorable Dan L. Schaap, Presiding

---

April 28, 2016

## ORDER

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Nancy Wedgeworth, appearing pro se, has filed a document on April 25, 2016, requesting a "restraining order" enjoining the City of Amarillo and its contractors from entering upon property she currently rents and other properties in Amarillo.

The writ power of a court of appeals is limited. By statute, the writ of mandamus may issue against a district or county court judge in our court of appeals district. TEX.

GOV'T CODE ANN. § 22.221(b) (West 2004). We also may issue a writ of mandamus "and all other writs necessary to enforce the jurisdiction of the court." TEX. GOV'T CODE ANN. § 22.221(a); *see* TEX. R. APP. P. 52.1 (listing writs). Although Wedgeworth has an appeal pending before the Court, the relief she seeks by her current filing is not necessary to enforce our jurisdiction over her pending appeal. Nor, by her present filing, does she seek relief against a judge in our court of appeals district. We do not have jurisdiction over her request for relief. Accordingly, Wedgeworth's request for relief is dismissed for want of jurisdiction.

Per Curiam